**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                  PLAINTIFF

V.                              NO. 4:12CR00335-001 SWW

JAMES DEREK JOHNSTON                                                    DEFENDANT

**ORDER**

Pending before the Court is defendant's motion to be released from the remainder of the term of probation. The government has no objection to the early termination of probation. The U. S. Probation Office has advised the Court that the defendant has demonstrated overall progress in meeting supervision objectives and appears to be an appropriate candidate for early termination of supervision. Therefore, the Court finds that defendant's motion [doc #12] should be **granted**.

IT IS THEREFORE ORDERED that defendant's remaining term of probation previously imposed be, and it is hereby, terminated.

Dated this 9th day of May 2014.

/s/Susan Webber Wright
United States District Judge